UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER BALLARD, | ) | Case No. CV 13-7508 DOC(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SUPERIOR COURT OF LOS ANGELES COUNTY, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

DATED: November 6, 2013

*David O. Carter*
_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE