1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER BALLARD, | Case No. CV 13-7508 DOC(JC) |
|---|---|
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), the Motion to Dismiss the First Amended Petition ("Motion") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  Petitioner correctly notes that the caption of the Report and Recommendation names a respondent who has since been substituted out and replaced by Stu Sherman, petitioner's current custodian. Aside from such error in the caption, the Court concurs with and accepts the

findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that the Motion is granted to the extent it seeks dismissal of the Petition on its merits, the Petition is denied, and this action is dismissed with prejudice

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: __November 30, 2015_____

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE